

**07 CV 3723**

248-07/DPM/LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MAP Marine Limited
80 Pine Street
New York, NY 10005
(212) 425-1900 / (212) 425-1901 fax

Don P. Murnane, Jr. (DM 3639)
Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MAP MARINE LIMITED,

        Plaintiff,

  -against-

JORDAN NATIONAL LINES FOR SHIP
OPERATIONS a/k/a JNLSO,

        Defendant.
------------------------------------------------------x

07 CIV _____ ( )

**RULE 7.1 STATEMENT**

    Plaintiff MAP MARINE LIMITED, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
      May 10, 2007

               FREEHILL HOGAN & MAHAR, LLP
               Attorneys for Plaintiff MAP MARINE LIMITED

         By: _____
              Don P. Murnane, Jr. (DM 3639)
              Lawrence J. Kahn (LK5215)
              80 Pine Street
              New York, NY 10005
              Telephone: (212) 425-1900 / (212) 425-1901 fax

NYDOCS1/282851.1