

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MAP MARINE LTD.,                                07 CV 3723 (TPG)

          Plaintiff,

v.

JORDAN NATIONAL LINES FOR                       NOTICE OF VOLUNTARY
SHIP OPERATIONS,                                DISMISSAL
                                                **PURSUANT TO FRCP 41(a)(1)(i)**

          Defendant.
------------------------------------------------------------x

**WHEREAS**, Plaintiff MAP MARINE LTD. has provided notice of its voluntary discontinuance of this action; and

**WHEREAS**, Defendant JORDAN NATIONAL LINES FOR SHIP OPERATIONS has not entered an appearance, served an answer or filed a motion for summary judgment;

**NOW, THEREFORE**, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that this action is discontinued without costs and the Clerk is directed to close the case; and

**IT IS HEREBY FURTHER ORDERED** that any funds restrained pursuant to the Process of Maritime Attachment and Garnishment authorized by this Court's Order are to be released forthwith and without delay.

Dated: New York, New York
       March 7, 2008

Stipulation:

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MAP MARINE LTD.

By: _____
Don P. Murnane, Jr. (DP 3639)
Lawrence J. Kahn (LK 5215)
80 Pine Street
New York, NY 10005
(212) 425-1900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

NYDOCS1/300305.1                            1

SO ORDERED.

Dated: New York, New York
       March 25, 2008

*[signature]*
_____
The Hon. Thomas P. Griesa, U.S.D.J.